**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**v.**                    **Case No. 4:12CR00150-001 KGB**

**ARRYN GERRARD STALLINGS**                                      **DEFENDANT**

**AMENDMENT TO JUDGMENT & COMMITMENT ORDER**

The Judgment & Commitment Order entered on May 7, 2013, is hereby amended to correct the District reflected in the style of the case (Dkt. No. 22). Due to a clerical error, the District should be changed from Western to Eastern District.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 24th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE